UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-123-FDW-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) ) vs. ) ) EXECUTIVE MANAGEMENT ) SERVICES, INC., ) ) Defendant. | NOTICE OF HEARING |

TAKE NOTICE that a final pretrial conference in this matter will take place before the undersigned on **Tuesday, March 14, 2017**, at **9:00 a.m**. in **Courtroom #1-1** of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. The parties should reference the Court's standing orders and the Case Management Order for this case (Doc. No. 7) to ensure compliance with the submission of a joint proposed pretrial order, including the deadline for and contents of the jointly-prepared submission.

IT IS SO ORDERED.

Signed: February 14, 2017

Frank D. Whitney
Chief United States District Judge