UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00123-FDW-DCK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) EXECUTIVE MANAGEMENT ) SERVICES, INC., d/b/a EXECUTIVE ) MANAGEMENT SERVICES OF ) INDIANA, INC., ) ) Defendant. ) ) | ORDER |

THIS MATTER is before the Court on Plaintiff's Motion for Order to Show Cause (Doc. No. 24). As was stated in open court, the Court finds that Defendant, Executive Management Services, Inc., has violated several provisions of this Court's Consent Decree (Doc. No. 22). The provisions violated were clear and unequivocally set forth in specific detail.

Accordingly, the Court holds Defendant in civil contempt of court for non-compliance with the Consent Decree and ORDERS Defendant to pay a sum of $5,000. This sum shall be paid in the form of a check made payable to the Clerk of U.S. District Court to be deposited into the Court Registry. The memo line of the check shall reference the docket number of this action.

IT IS SO ORDERED.

Signed: December 11, 2017

Frank D. Whitney
Chief United States District Judge